# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>HUDSON INSURANCE COMPANY,<br><br>　　　　　Defendant | OLD CASE NO. 1:18-CV-0134 AWI JLT<br><br>NEW CASE NO. 1:18-CV-0134 JLT<br><br>ORDER REASSIGNING MATTER |

On April 18, 2018, the parties represented that they consent to Magistrate Judge jurisdiction. See Doc. No. 12.

Accordingly, all parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Jennifer L. Thurston for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Jennifer L. Thurston; and

3. The new case number for this matter shall be 1:18-cv-0134 JLT, and the parties shall use case number 1:18-cv-0134 JLT in all further filings.

IT IS SO ORDERED.

Dated: __April 25, 2018__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE