1  Michael J. Leahy (Bar No. 82247)
     *mleahy@hbblaw.com*
2  Howard M. Garfield (Bar No. 43369)
     *hgarfield@hbblaw.com*
3  Christopher Kendrick (Bar No. 162869)
     *ckendrick@hbblaw.com*
4  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
5  Los Angeles, California 90071
   Telephone: 213.542.8000
6  Facsimile: 213.542.8100

7  Attorneys for Defendant, HUDSON INSURANCE COMPANY

9  William M. Shernoff (Bar No. 38856)
   Samuel L. Bruchev (Bar No. 271995)
10 SHERNOFF BIDART ECHEVERRIA LLP
   301 N. Canon Drive, Suite 200
11 Beverly Hills, CA 90210
   Telephone: 310.246.0503
12 Facsimile: 310.246.0503

13 Attorneys for Plaintiff, UNITED FARM WORKERS OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUDSON INSURANCE COMPANY and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 1:18-CV-00134-AWI-JLT<br><br>**PARTIES' STIPULATION RE DISCOVERY SCHEDULE; AND [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE**<br>(Doc. 19) |

1  WHEREAS, Plaintiff's counsel has an extraordinarily challenging trial schedule
2  during and leading to the close of non-expert discovery on November 26, 2018, per the
3  Court's Scheduling Order of April 27, 2018, with the following trials on calendar:
4  ***Maughan v. State Farm Insurance Company*** on October 5, 2018 in the San Diego
5  County Superior Court; ***BJB v. Mercury Insurance Company*** on October 15, 2018 in the
6  San Bernardino County Superior Court; ***Howard v. State Farm Insurance Company*** on
7  November 5, 2018 in the Los Angeles County Superior Court; ***Jones v. Koll*** on November
8  9, 2018; and ***Silva v. USAA*** in the United States District Court for the Central District of
9  California (Los Angeles branch) on December 4, 2018;
10  WHEREAS, Defendant's counsel has a pre-paid trip to Florence, Italy from
11  October 2, 2018 to October 14, 2018 to visit his first grandchild due to be delivered by his
12  daughter on September 22, 2018;
13  WHEREAS, Plaintiff's counsel and Defendant's counsel have worked diligently to
14  conduct non-expert discovery but believe it will prove impossible to complete non-expert
15  discovery before the current deadline of November 26, 2018 given the schedules of the
16  attorneys of record and the parties;
17  WHEREAS, the close of expert discovery is February 21, 2019, per the Court's
18  Scheduling Order of April 27, 2018 and the last day to make dispositive motions is March
19  7, 2018, per said Scheduling Order;
20  WHEREAS, in view of the foregoing, the parties desire to continue non-expert
21  discovery to February 21, 2019 without changing any other dates established in the
22  aforesaid scheduling order;
23  NOW, THEREFORE, the parties, by and through their counsel, agree, subject to
24  approval by this Court, to continue the close of non-expert discovery to February 21, 2019.

Dated: September 18, 2018          _____

Howard M. Garfield, Defendant's Counsel

Dated: September 18, 2018  _____

Samuel Bruchey, Plaintiff's Counsel

**ORDER**

Based upon the stipulation of counsel[1], the Court ORDERS the case schedule to be amended as follows:

1. Non-expert discovery SHALL be completed no later than February 21, 2019. **The parties are advised that this modification SHALL NOT form a basis for any further amendments to the case schedule and that the Court anticipates no further amendments to the case schedule.**

IT IS SO ORDERED.

Dated: **September 21, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court doubts that counsel's trial and vacation schedule was unknown to him in April 2018 when the Court scheduled this case. Thus, the Court is at a loss to understand why he participated in proposing the case schedule (Doc. 12), which he now asserts is problematic.