WILLIAM M. SHERNOFF (SBN 38856)
wshernoff@shernoff.com
SAMUEL L. BRUCHEY (SBN 271995)
sbruchey@shernoff.com
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: (310) 246-0503
Fax: (310) 246-03803

Attorneys for Plaintiff, UNITED FARM WORKERS OF AMERICA

Michael J. Leahy
mleahy@hbblaw.com
Christopher Kendrick
ckendrick@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone (213) 542-8000
Facsimile (213) 542-8100

Attorneys for Defendant, HUDSON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS,<br><br>Plaintiff,<br><br>vs.<br><br>HUDSON INSURANCE COMPANY and Does 1 through 10 ,<br><br>Defendants. | Case No.: 1:18-cv- 00134-AWI-JLT<br><br>[~~PROPOSED~~] ORDER CONTINUING MID-DISCOVERY STATUS CONFERENCE<br>(Doc. 21) |

- 1 -
[~~PROPOSED~~] ORDER

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1.) The mid-Discovery status conference is CONTINUED to December 17, 2018 at 8:30 a.m. Telephonic appearances are authorized.

IT IS SO ORDERED.

Dated: __**October 10, 2018**__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE